UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JERRY PHILLIPS

                        Plaintiff,

      vs                                    6:06-CV-1294
                                        (DNH/GJD)

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                   OF COUNSEL:

JERRY PHILLIPS
Plaintiff, pro se
206 Bunker Hill Rd.
Mayfield, NY 12117

COMMISSIONER OF SOCIAL SECURITY     JENNIFER S. ROSA, ESQ.
Social Security Administration
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff brought this action seeking judicial review of a determination of the

Commissioner of Social Security finding that he was not disabled within the meaning of the

Social Security Act.  By Report and Recommendation dated January 28, 2009, the

Honorable Gustave J. DiBianco, United States Magistrate Judge, recommended that the

defendant's motion for judgment on the pleadings be granted, the Commissioner's finding of

no disability be affirmed, and plaintiff's complaint be dismissed in its entirety.  No objections were filed.

Based upon a careful review of entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.  <u>See</u> 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that

1. The defendant's motion for judgment on the pleadings is GRANTED;

2. The Commissioner's finding of no disability is AFFIRMED;

3. Plaintiff's complaint is DISMISSED in its entirety; and

4. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 23, 2009

Utica, New York.